IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

JOHN STANLEY McCOY,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner,

    Defendant.

Civil Action No. 7:11-CV-124 (HL)

### ORDER

The Recommendation of United States Magistrate Judge Thomas Q. Langstaff is before the Court. (Doc. 13). Judge Langstaff recommends that the Commissioner's decision be affirmed pursuant to Sentence Four of § 405(g).

Plaintiff has filed an objection to the Recommendation. The Court has reviewed the administrative file, the Recommendation, and the objection, and finds no reason to reject the Recommendation or remand the case to the ALJ.

The Court accepts and adopts the Recommendation. The Commissioner's decision is affirmed pursuant to Sentence Four of § 405(g).

**SO ORDERED**, this the 26th day of February, 2013.

                *s/ Hugh Lawson*
                HUGH LAWSON, SENIOR JUDGE

mbh